## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| DAMON YOUNG | : | |
| **Plaintiff** | : | |
| vs. | : | CIVIL NO. 7:14-CV-0044-HL-TQL |
| MARTY ALLEN, et. al., | : | |
| **Defendants** | : | |

### ORDER

Plaintiff Damon Young, an inmate currently confined at Valdosta State Prison, filed a *pro se* civil rights complaint in this Court and also sought leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).  In an Order dated April 3, 2014 (Doc. 5), the United States Magistrate Judge granted Plaintiff's motion to proceed *in forma pauperis*.  In this same Order, however, Plaintiff was also directed to pay an initial partial filing fee of $31.28.  When Plaintiff failed to comply, the Magistrate Judge ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed.  The time for responding to the Show Cause Order (Doc. 9) has now passed, and Plaintiff has again failed to comply with an order of the Court.

Plaintiff's failure to comply (or even respond to) these orders leads the Court to believe that he is no longer interested in pursuing this case/   Thus, because of Plaintiff's failure to pay the required filing fee, failure to comply with the Court's instructions, and failure to otherwise prosecute this action, his Complaint shall be **DISMISSED**.  See Fed. R. Civ. P. 41.   This dismissal is without prejudice.

**SO ORDERED**, this 3rd day of July, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, Judge
UNITED STATES DISTRICT COURT

jlr